IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02540-BNB

ANTHONY L. CIOCCHETTI, JR.,

Plaintiff,

v.

BOULDER COUNTY DEPT. OF HOUSING & HUMAN SERVICES,

Defendant.

---

ORDER OF DISMISSAL

---

Plaintiff, Anthony L. Ciocchetti, Jr., initiated this action by filing *pro se* an "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" (ECF No. 1). On September 17, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Ciocchetti to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland directed Mr. Ciocchetti to file on the court-approved form a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to submit a complaint. Mr. Ciocchetti was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 1, 2013, Mr. Ciocchetti filed another "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" (ECF No. 4) and an "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis" (ECF No. 5). However, Mr. Ciocchetti has failed to cure the deficiencies within the time allowed

because he has not filed on the proper form a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and he has not submitted a complaint.  Although Mr. Ciocchetti has submitted as an exhibit a copy of an answer he apparently filed in a State of Colorado administrative proceeding regarding food stamps that may be relevant to whatever claims he wishes to pursue in this action (*see* ECF No. 5 at 7-8), that document is not a complaint and does not satisfy the pleading requirements of the Federal Rules of Civil Procedure or the District of Colorado civil local rules.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Ciocchetti failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" (ECF No. 1) and the "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" (ECF No. 4) are denied as moot.

DATED at Denver, Colorado, this 25th day of October, 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court